

| ZACHARY W. CARTER<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>LAW DEPARTMENT<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | CAROLYN E. KRUK<br>phone: (212) 356-0893<br>fax: (212) 356-8760<br>ckruk@law.nyc.gov |
|---|---|---|

**BY ECF**

September 13, 2017

Hon. Paul A. Crotty
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    <u>DiPede, et al. v. McFarlane, et al.</u>, 17-CV-1546 (PAC)

Dear Judge Crotty:

    I am the Assistant Corporation Counsel assigned to represent Defendants in the above-referenced action. I write to inform the Court that the parties have reached an agreement to settle all of the claims in this matter for the amount of $425,000 inclusive of attorneys' fees and costs. I respectfully request that the Court grant the parties 30 days, until October 13, 2017, to prepare and submit for the Court's review and approval the documents necessary to effectuate the Settlement, including the Stipulation of Settlement and an Infant Compromise Order.

    Thank you for your consideration of this request.

    Respectfully submitted,

    /s/
    Carolyn Kruk

cc:    Plaintiffs' attorneys (by ECF)